IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01006-MSK-BNB

WHISTLER'S CAFÉ, INC., a Colorado corporation,
JEFFREY PANCOAST, and
KATHLEEN PANCOAST,

Plaintiffs,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa insurance company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Notice of Settlement** [docket no. 24, filed October 17, 2008], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **October 30, 2008**, or a status report addressing why dismissal has not been accomplished.


DATED: October 20, 2008