**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01006-CMA-BNB

WHISTLER'S CAFÉ, INC., a Colorado corporation,
JEFFREY PANCOAST, and
KATHLEEN PANCOAST,

    Plaintiffs,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa Insurance Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a) and the Stipulation for Dismissal With Prejudice (Doc. # 28) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: October  27 , 2008.

                                      BY THE COURT:

                                      */s/ Christine M. Arguello*

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge